**Blake McMILIAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74097.**

Missouri Court of Appeals, Western District.

Sept. 18, 2012.

Ruth Sanders, Kansas City, MO, for Appellant.

Shaun Mackelprang, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Blake D. McMilian appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).